We find no error of law in the Court of Appeal judgment.

DIXON, J., is of the opinion that the writ should issue. The policy provision as interpreted by the court of appeal gives a benefit for dental treatment that is largely illusory.

261 So.2d 230

**Gloria CARMOUCHE, Widow of Aloe J. OCMOND, Jr.**

**v.**

**Ruth D. ESERMAN et al.**

No. 52405.

May 11, 1972.

On the facts found by the Court of Appeal we find no error of law in its judgment.

261 So.2d 230

**STATE of Louisiana ex rel. Thomas IRWIN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52399.

May 11, 1972.

The showing made does not warrant the exercise of our original or supervisory jurisdiction.

261 So.2d 231

**CITY OF MONROE**

**v.**

**Lonnie F. WILHITE.**

No. 52402.

May 11, 1972.

No error of law on the facts found by the court of appeal.